# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 3:08cv52/MCR/MD

REAL PROPERTY LOCATED AT 8540 HILLSIDE AVENUE, LOS ANGELES, CALIFORNIA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON,
_____/

## O R D E R

This case involves a civil in rem forfeiture that resulted from the criminal acts as set out in the indictment of Mark Edward Artigues, Gerardo A. Klug, Rogelio T. Martinez and Oslar F. Rivas, case number 3:08cr8/MCR.  By order entered March 18, 2008, the court granted plaintiff's motion to stay all proceedings in the case pending resolution of the criminal case.  This matter is now before the court upon referral by the clerk.

Upon review, the court finds the related criminal case has concluded and it appears appropriate to lift the stay in this action.  Plaintiff shall be required to file a report advising the court of the status and necessity of further proceedings in this matter.

Accordingly, it is ORDERED:

1. The previously entered stay is LIFTED.

2. Within ten days of entry of this order, plaintiff shall file a report advising the court of the status and necessity of further proceedings in this matter.

**DONE and ORDERED** this 15th day of October, 2009.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**